# Ex. B



*America's No. 1
Air Duct Cleaner*

October 30, 2018

via Certified Mail (with courtesy copy by e-mail)

Melissa Edwards
Duct Doctor USA of Knoxville
6752 Bonneville Drive
Knoxville, Tennessee 37931
slater611@yahoo.com
melissa@ductdoctor.com

**NOTICE OF TERMINATION OF FRANCHISE LICENSE AGREEMENT**

Dear Melissa:

It is with great regret that I send this Notice of Termination of your Franchise License Agreement dated November 1, 2013 (the "Franchise Agreement"). The termination is effective on November 7, 2018.

The termination is pursuant to section 9.A.13 and 9.A.11 of the Franchise Agreement. Unfortunately, you have once again failed to timely submit your monthly royalty report and pay your monthly royalties. This latest default is for revenues received in the month of September, where, pursuant to Section 6.A.ii and 5.J.i. of the Franchise Agreement, the royalties and reports were due on October 10, 2018.

Your payments have been late 21 of the last 21 months, and your reports have been submitted late at least 16 of the last 21 months. By email from our lawyer to your lawyer dated September 14, 2018, we stated: "Your client's chronic failure to timely make monthly payments and submit monthly reports is unacceptable. In the future, DDUSA will not give her grace periods or cure periods to timely submit her monthly payments and reports. Instead, DDUSA will strictly enforce the monthly deadlines and section 9.A.13." Despite this unequivocal warning, you breached your obligations the very next month.

In addition, we have evidence that you engaged in the sale or delivery of air duct cleaning, or offered other similar products of services, under the Duct Rangers name, justifying termination pursuant to section 9.A.11

As provided in section 10 of the Franchise Agreement, upon termination (on November 7, 2018), you shall:

1. Promptly pay to Duct Doctor USA, Inc. ("DDUSA"), its subsidiaries and its affiliates, all sums of money, royalties, fees or other charges due or which are undisputed and have accrued to the date of termination;
2. Cease to use, in any manner whatsoever, DDUSA's name, the proprietary marks (including, but not limited to "Duct Doctor"), manuals, slogans, signs forms, devices, and

Duct Doctor USA, Inc.
5555 Oakbrook Pkwy. Ste. 660
Norcross, GA 30093
EAST\161943748.2

www.DuctDoctor.com

1-800-955-1275
Fax-770-447-4486
slade@ductdoctor.com

    other materials used in connection with the operation of the franchise, and take all steps to disassociate yourself from DDUSA, including removal of signs, internet postings, and non-use of letterheads. You shall not represent or advertise that DDUSA and you were formerly affiliated with the Franchise System.

3. Immediately return to DDUSA with no demand for compensation, all operations manuals, forms, labeled inventory, signs, prospect and customer lists, devices and other materials provided to you by DDUSA, DDUSA's subsidiaries', or DDUSA's affiliates. (DDUSA will repay you for materials that are returned in salable condition, or credit their value to your unpaid obligations).
4. Take whatever action is necessary to cancel, terminate, and/or change any assumed name registration, document, or other record which contains the name "DUCT DOCTOR USA®" (or any form or part thereof) or any Proprietary Mark of Franchisor (including, but not limited to "Duct Doctor")
5. Agree not to disclose any trade secrets or confidential information of Franchisor, its subsidiaries and affiliates.
6. Immediately cease operation of the terminated or expired franchised business.
7. Notify the local telephone company of the termination of this agreement and request that the main telephone number that has been used to identify the Franchisee as a licensee of DDUSA ((865) 938-7776) be assigned to DDUSA or terminated (at DDUSA's discretion) 7 days after the date of termination. The phone line should be placed on intercept with no call forwarding unless DDUSA chooses to accept financial responsibility for the line.
8. Promptly notify all customers of the termination of this agreement and turn over all customer file data including names, addresses, telephone numbers and lists of HVAC affiliations with contact names, telephone numbers, fax numbers and any revenue sharing related arrangements with those affiliations.
9. Cooperate fully with DDUSA and take whatever steps are necessary to ensure the protection of DDUSA's proprietary rights to its patented Air Duct Cleaning Apparatus or body and vacuum equipment systems. Further, Franchisee is obligated to offer to sell said truck, proprietary body and Air Duct Cleaning Apparatus for their then fair market value. DDUSA's determination of the fair market value will be binding upon you.
10. Comply with all other obligations of the Franchise Agreement which are intended to survive termination and expiration of the Franchise Agreement and Franchise including but not limited to the non-disclosure, non-competition, and indemnification covenants. (The non-competition covenant is contained in section 15.B. of the Franchise Agreement.)

DDUSA is exercising its right to purchase your trucks Please provide a date and location between now and November 7, 2018 that we can inspect the trucks and assess their fair market value.

The identification of certain defaults in this letter is not intended as a waiver by DDUSA of any other defaults that may have been committed under the terms of the Franchise Agreement or otherwise, a waiver of any amounts owed under the Franchise Agreement or otherwise, or a waiver of any other rights or remedies. This Notice of Termination is also not intended as a waiver of DDUSA's s right to rely on any additional grounds for termination of the Agreement, whether or not such grounds are currently known to DDUSA.

Sincerely,

*[signature]*

Slade Stricklin, President
Duct Doctor USA, Inc.

EAST\161943748.2